IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIONDRA BROADWAY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. GLS 21-3226 |
| | * | |
| UNIVERSITY OF MARYLAND GLOBAL CAMPUS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

On June 21, 2022, the Court presided over a telephonic hearing. (ECF No. 30). During the hearing, the Court entertained argument and issued rulings related to the following: (a) "Notice of Intent to File Motion to Dismiss" ("Notice of Intent"), filed by Defendant University of Maryland Global Campus ("Defendant") (ECF No. 22); and (b) the response to Defendant's Notice of Intent filed by Plaintiff Kiondra Broadway ("Plaintiff"). (ECF No. 24).

The Court addressed Defendant's request for leave to file a motion to dismiss Plaintiff's Amended Complaint. (ECF No. 30).

For the reasons articulated on the record during the telephonic hearing, it is hereby **ORDERED**, that:

1. Defendant's request to dismiss Count II is **GRANTED**, and Defendant's request to dismiss Count III is **GRANTED** to the extent that Count III concerns allegations of retaliation in violation of the Americans with Disabilities Act.

2. To the extent Defendant requests to file a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), related to any cause of action it perceives related to discrimination based on age or marital status, this request is **DENIED.**

3. Defendant's request to file a motion to dismiss Counts I, III, and IV is **DENIED**. Plaintiff is permitted, consistent with Federal Rule of Civil Procedure 15(a)(2), to file a Second Amended Complaint by no later than **July 21, 2022**. By no later than **August 22, 2022**, Defendant shall file either a responsive pleading or a Notice of Intent to file a Motion to Dismiss.

Date: June 21, 2022                                             /s/
                                                                                    The Honorable Gina L. Simms
                                                                                    United States Magistrate Judge